UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 30 2007

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | CRIMINAL No. |
| BRIAN RHETT MARTIN, | § | |
| Defendant. | § | H 07 -215 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Impersonating a Federal Officer)

On or about September 1, 2004, in the Houston Division of the Southern District of Texas,

BRIAN RHETT MARTIN,

defendant herein, knowingly and falsely assumed and pretended to be an officer acting under the authority of the United States, that is, a Deputy U.S. Marshal, and acted as such.

In violation of Title 18, United States Code, Section 912.

### COUNT TWO
(Felon in possession of firearm)

On or about September 8, 2004, in the Houston Division of the Southern District of Texas,

BRIAN RHETT MARTIN,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely a Glock Model 33, .357 Sig pistol, Serial # DSF603, which had been shipped in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
(Felon in possession of firearm)

On or about October 5, 2004, in the Houston Division of the Southern District of Texas,

BRIAN RHETT MARTIN,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely a Glock Model 19, 9mm pistol, Serial # GAU631, which had been shipped in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
(Intimidation to Influence Testimony)

On or about November 14, 2004, in the Houston Division of the Southern District of Texas,

BRIAN RHETT MARTIN,

defendant herein, knowingly and with intent to influence and prevent testimony in an official proceeding, intimidated and corruptly persuaded another person to recant her statement in an investigation concerning the defendant's possession of a firearm.

In violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
MICHAEL B. KUSIN
Assistant United States Attorney
(713) 567-9389