# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-07-0215

**BRIAN RHETT MARTIN**

### STATEMENT CONCERNING PRESENTENCE REPORT

The defendant, Brian Rhett Martin, through his attorney, the Federal Public Defender, states, pursuant to Local Rule 32.6, Southern District of Texas, and Federal Rule of Criminal Procedure 32, that he has no objections to the presentence report.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233


By  /s/ Samy K. Khalil
SAMY K. KHALIL
Assistant Federal Public Defender
Texas State Bar No. 24038997
Southern District of Texas No. 35978
Attorneys for Defendant
440 Louisiana Street, Suite 310
Houston, TX 77002-1634
    Telephone:  713.718.4600
    Fax:        713.718.4610

## **CERTIFICATE OF SERVICE**

I, Samy K. Khalil, certify that on June 9, 2008, a copy of the foregoing Statement Concerning Presentence Report was served by Notification of Electronic Filing to Assistant United States Attorney Michael Kusin's office at 919 Milam, Suite 1500, Houston, TX  77002, and hand-delivered to United States Probation Officer Hugo Mejia's office at 515 Rusk Avenue, 2nd floor, Houston, TX  77002.


    /s/ Samy K. Khalil
SAMY K. KHALIL