UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No. H-07-215 |
| BRIAN RHETT MARTIN, | § | |
| Defendant. | § | |

UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION FOR
RETURN OF PROPERTY (DOC. 52)

1. The Court has ordered (Doc. 53) the United States to respond to the defendant's motion for return of property within 60 days of the entry of that order, which occurred August 22, 2008. This response is pursuant to that Order.

2. FBI agents are working with Mr. Martin's counsel, Louis Val Salmon, concerning his request. It appears that many of the items can not be returned to Mr. Martin because it is owned by defrauded vendors, but the remaining items will be identified and made available to Mr. Salmon as soon as possible.

                                              Respectfully submitted,

                                              DONALD J. DeGABRIELLE, JR.
                                              UNITED STATES ATTORNEY

By:       /s/
      Michael B. Kusin
      Assistant United States Attorney
      713/567-9389
      FAX 713/718-3300

CERTIFICATE OF SERVICE

      This is to certify that on the 9th day of September, 2008, a copy of the United States' response to motion for return of property was delivered to Louis Val Salmon, counsel for defendant, either by electronic filing, email, mail, or fax; or was hand delivered.

                                                  /s/
                                              Michael B. Kusin
                                              Assistant United States Attorney