PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | BRIAN RHETT MARTIN | Case Number: 4:07CR00215-001 |

Name of Sentencing Judge:   The Honorable Melinda Harmon

Date of Original Sentence:   July 11, 2008

Original Offense:   Ct. 1: Impersonating a federal officer

Ct. 2: Felon in possession of a firearm

Original Sentence:   36 months imprisonment as to each of Counts 1 and 2, to run concurrently; followed by a 1 year term of supervised release as to Count 1 and 3 a year term of supervised release as to Count 2, to run concurrently, for a total of 3 years; and a $100 special assessment fee as to Count 1 and 2, for a total of $200.  Special Condition: Participate in drug aftercare program.

Type of Supervision:   Supervised Release          Supervision Started: March 23, 2010

---

### EARLIER COURT ACTION

None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **LAW VIOLATION (MANDATORY CONDITION):** On or about November 1, 2011, the defendant was arrested by deputy with the Harris County Constable Precinct 8, in Houston, Texas, and charged with driving while intoxicated, in violation of Texas penal Code 49.04.

The offense report for this offense has been requested but not received from Harris County Constable Precinct 8. |

Rhett Martin, Brian
4:07CR00215-001
Page 2

**U.S. Probation Officer Action:** Prior to Mr. Martin's arrest on July 1, 2011, he had been doing well and was in compliance with all conditions of his supervised release. He successfully completed drug aftercare program on October 5, 2010. Mr. Martin is contesting his arrest in Harris County Court at Law No. 13 in Cause No 1766589. His next court date is set for October 17, 2011.

It is recommended that no action be taken at this time. Should the defendant enter a guilty plea or is found guilty by a jury, the Court will be advised with an appropriate recommendation.

Approved:                                              Respectfully submitted:

                                              by

Roque R. Peña, Jr., Supervising                      Arnold Canales, Jr.
U.S. Probation Officer                                U.S. Probation Officer
                                                     September 26, 2011

---

[✓]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant of Summons

[ ]   Other _____

Melinda Harmon
U.S. District Judge

September 28, 2011
Date